**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RANDY KNUTSON and
HEATHER KNUTSON,

Plaintiffs,

v.

UNGER FURNITURE COMPANY,
JANE L. NORD, Attorney at Law, and
RICHARD UNGER, individually,

Defendants.

Civil No. 00-2243 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Thomas Lyons, Jr., Esq., Consumer Justice Center, 342 County Road D East, Little Canada, MN 55117, and Peter Barry, Esq, Barry Law Office, 342 County Road D East, Little Canada, MN 55117-1171, counsel for Plaintiffs.

Mary Yeager, Esq., and Charles Webber, Esq., Faegre & Benson, 2200 Norwest Center, 90 South 7th Street, Minneapolis, MN 55402-3901, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 23, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed MAY 23 2001
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______